**Petition of RHODE ISLAND DEFENSE ATTORNEYS ASSOCIATION.**

**No. 79–330–M.P.**

Supreme Court of Rhode Island.

Jan. 10, 1980.

Aram K. Berberian, Cranston, for petitioner.

**138**

## ORDER

The petition of the Rhode Island Defense Attorneys Association requesting promulgation of a rule authorizing open-panel prepaid legal service plans and prohibiting closed-panel plans, as prayed, is denied.

DORIS, J., did not participate.